**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                     **Case No. 2:22-CR-117**

  **v.**                               **JUDGE EDMUND A. SARGUS, JR.**

**CORDELL WASHINGTON,** *et al.***,**

      **Defendants.**

## ORDER

      This matter is before the Court on *pro se* filer Joseph Little's Motion for Return of Property (ECF No. 1397.)  Plaintiff United States of America is **DIRECTED** to file its response to Defendant's Motion **within 21 days of this Order**.  The Court will not accept any reply memoranda.

      **IT IS SO ORDERED.**


**11/21/2025**                            **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**