**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:22-cr-117** |
| **Plaintiff,** | : | |
| | : | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** | : | |
| | : | |
| **CORDELL WASHINGTON,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME**
**TO RESOLVE JOSEPH LITTLE'S MOTION FOR RETURN OF PROPERTY**

Now comes Plaintiff, the United States of America, by its undersigned counsel, and respectfully moves this Court for an extension of time to resolve Joseph Little's motion for return of property.

On November 19, 2025, Joseph Little filed a motion seeking the return of a Smith and Wesson M&P pistol, bearing Serial Number HRD9611 (the "subject property") (Doc. 1397), which the United States has construed as an ancillary petition under 21 U.S.C. § 853(n).

The United States does not object to returning the subject property to Mr. Little. However, before the United States may recognize Mr. Little's interest in the subject property, he must file a petition, signed under penalty of perjury, in accordance with 21 U.S.C. § 853(n)(3). To assist Mr. Little with this process, the United States will send a proposed petition, which complies with the statutory requirements, and a settlement agreement to him.

The United States requests an additional 45 days to resolve Joseph Little's interest in the subject property. If Mr. Little ultimately fails to comply with the statutory requirements for asserting an interest in the subject property, the United States will reluctantly oppose his motion

for return of property.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
EMILY CZERNIEJEWSKI
Assistant United States Attorneys
Attorneys for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Tim.Prichard@usdoj.gov
Emily.Czerniejewski@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a copy of the foregoing United States' Motion for Extension of Time to Resolve Joseph Little's Motion for Return of Property was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users. On the same day, a copy of this document was mailed, by ordinary United States Mail, postage pre-paid, to Joseph Little.


*s/Timothy D. Prichard*
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney

2