**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                     **Case No. 2:22-CR-117**
**v.**                                 **JUDGE EDMUND A. SARGUS, JR.**

**CORDELL WASHINGTON,** *et al.,*

      **Defendants.**

### ORDER

    This matter is before the Court on the government's motion to extend the deadline response to Joseph Little's motion for return of property. (ECF No. 1399.) The Government's Motion is **GRANTED** and their response to Mr. Little's motion is due by January 26, 2026

    **IT IS SO ORDERED.**

12/19/2025                                s/Edmund A. Sargus, Jr.
**DATE**                               **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**