**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**

**CORDELL WASHINGTON, et al.,**

      **Defendants.**

                                     **Case No. 2:22-CR-117
JUDGE EDMUND A. SARGUS, JR.**

**ORDER**

This matter is before the Court on Petitioner Joseph Little's Motion for Return of Property. (ECF No. 1397.)   The Government filed a Notice of Settlement Agreement on January 7, 2026 which resolved the property dispute. (ECF No. 1401.)   Petitioner Joseph Little's Motion is terminated from this Court's docket.

      **IT IS SO ORDERED.**

                     **s/Edmund A. Sargus, Jr.      1/8/2026**
                     **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT**